# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBIN MAE GARRETT

             Debtor(s)

                                CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
             Movant                       CASE NO: 1-20-00459-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 27, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

    1)    A Petition under Chapter 13 was filed on February 7, 2020.

    2)    The Debtor has not filed the following items or a motion for extension
           of time to file same pursuant to F.R.B.P. 1007(c).

     **- CHAPTER 13 PLAN**

    3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the
           response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                        Respectfully submitted,
                        s/ Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     ROBIN MAE GARRETT                    CHAPTER 13

CASE NO: 1-20-00459-HWV

**<u>NOTICE</u>**

The debtor(s) filed a Chapter13 Bankruptcy Petition on February 7, 2020.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

**- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

|  |  |
|---|---|
| **Date:** | **March 25, 2020** |
| **Time:** | **09:30 AM** |
| **Location:** | **Ronald Reagan Federal Bldg** |
| | **Bankruptcy Courtroom, 3rd Floor** |
| | **228 Walnut Street** |
| | **Harrisburg, PA 17101** |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **March 12, 2020**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ <u>Charles J. DeHart, III</u>
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  February 27, 2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ROBIN MAE GARRETT

                        Debtor(s)                    CHAPTER 13

                                                     CASE NO: 1-20-00459-HWV

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I am more than 18 years of age and that on February 27, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1ˢᵗ Class mail, unless served electronically.

BRENT DIEFENDERFER ESQUIRE            Served electronically
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA  17401-

United States Trustee                        Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

ROBIN MAE GARRETT                      Served by 1ˢᵀ class mail
101 FAME AVENUE
HANOVER, PA  17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 27, 2020                    Vickie Williams
                                            for Charles J. DeHart, III, Trustee
                                            Suite A, 8125 Adams Dr.
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            Fax:  (717) 566-8313
                                            eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ROBIN MAE GARRETT

             Debtor(s)                  CHAPTER 13

             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE
                 Movant
                                   CASE NO: 1-20-00459-HWV

             vs.

             ROBIN MAE GARRETT            MOTION TO DISMISS

                 Respondent(s)

**ORDER DISMISSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.