In re:  
Robin Mae Garrett  
    Debtor

Case No. 20-00459-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2     Date Rcvd: Mar 20, 2020  
                    Form ID: ntnew341     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.

```
db              +Robin Mae Garrett,    101 Fame Avenue,    Hanover, PA 17331-1536
5299154         +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5299161         +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                  PHILADELPHIA, PA 19106-1541
5299162         +M&T BANK,    P.O. BOX 790408,    SAINT LOUIS, MO 63179-0408
5299167         +MARINER FINANCE, LLC,    ATTN: BANKRUPTCY,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
5299168          MEADOWBROOK AUTO SALES,    875 ABBOTTSTOWN PIKE,    HANOVER, PA 17331-8206
5299156         +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5299170         +PENN CREDIT,    ATTN: BANKRUPTCY,    PO BOX 988,    HARRISBURG, PA 17108-0988
5299155         +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5299171         +STERN AND EISENBERG LLP,    1581 MAIN ST.,    #200,    WARRINGTON, PA 18976-3403
5301472          U.S. Department of Housing and Urban Development,    The Wanamaker Building,
                  100 Penn Square East, 11th Floor,    Philadelphia, PA 19107-3380
5299175         +YORK HOSPITAL,    1001 SOUTH GEORGE STREET,    YORK, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:33:48
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5299159         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:33:42        CAPITAL ONE,
                  ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5299160          E-mail/Text: mrdiscen@discover.com Mar 20 2020 19:35:46        DISCOVER FINANCIAL,
                  ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 15316,    WILMINGTON, DE 19850
5301198          E-mail/Text: mrdiscen@discover.com Mar 20 2020 19:35:46        Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5299157          E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 20 2020 19:35:58        INTERNAL REVENUE SERVICE,
                  CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5299164          E-mail/Text: camanagement@mtb.com Mar 20 2020 19:36:03        M&T BANK,    1100 WEHRLE DRIVE,
                  BUFFALO, NY 14221
5299163          E-mail/Text: camanagement@mtb.com Mar 20 2020 19:36:03        M&T BANK,    ONE FOUNTAIN PLAZA,
                  BUFFALO, NY 14203
5299166          E-mail/Text: camanagement@mtb.com Mar 20 2020 19:36:03        M&T BANK,    PO BOX 767,
                  BUFFALO, NY 14240
5299165          E-mail/Text: camanagement@mtb.com Mar 20 2020 19:36:03        M&T BANK,    1 FOUNTAIN PLAZA,
                  FLOOR 4,    BUFFALO, NY 14203
5299169          E-mail/Text: ml-ebn@missionlane.com Mar 20 2020 19:35:43        MISSION LANE/TAB BANK,
                  PO BOX 105286,    ATLANTA, GA 30304
5299172         +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:41        SYNCHRONY BANK/QVC,
                  ATTN: BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
5299462         +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:08        Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5299173          E-mail/Text: bknotice@upgrade.com Mar 20 2020 19:35:45        UPGRADE, INC.,    275 BATTERY STREET,
                  23RD FLOOR,    SAN FRANCISCO, CA 94111
5299158         +E-mail/Text: kcm@yatb.com Mar 20 2020 19:35:46        YORK ADAMS TAX BUREAU,    PO BOX 15627,
                  YORK, PA 17405-0156
                                                                                                TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5299153*        +ROBIN MAE GARRETT,    101 FAME AVENUE,    HANOVER, PA 17331-1536
5299174*        +YORK ADAMS TAX BUREAU*,    PO BOX 15627,    YORK, PA 17405-0156
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                                   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:

        Brent Diefenderfer    on behalf of Debtor 1 Robin Mae Garrett bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robin Mae Garrett,　　　　　　　　　　　　　Chapter　　13

**Debtor 1**　　　　　　　　　　　　　　　　Case No.　　1:20–bk–00459–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 16, 2020<br>Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DeborahGeorge, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM　　　Date: March 20, 2020

ntnew341 (04/18)