```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 20-00459-HWV
Robin Mae Garrett                                               Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke          Page 1 of 2          Date Rcvd: Jun 15, 2020
                            Form ID: ntcnfhrg        Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db              +Robin Mae Garrett,    101 Fame Avenue,   Hanover, PA 17331-1536
5299154         +BRENT C. DIEFENDERFER,    CGA LAW FIRM,   135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5299161         +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                  PHILADELPHIA, PA 19106-1541
5299162         +M&T BANK,   P.O. BOX 790408,   SAINT LOUIS, MO 63179-0408
5299167         +MARINER FINANCE, LLC,    ATTN: BANKRUPTCY,   8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
5299168          MEADOWBROOK AUTO SALES,    875 ABBOTTSTOWN PIKE,   HANOVER, PA 17331-8206
5299156         +PA DEPARTMENT OF REVENUE,    PO BOX 281061,   HARRISBURG, PA 17128-1061
5299170         +PENN CREDIT,   ATTN: BANKRUPTCY,    PO BOX 988,   HARRISBURG, PA 17108-0988
5299155         +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5299171         +STERN AND EISENBERG LLP,    1581 MAIN ST.,   #200,    WARRINGTON, PA 18976-3403
5299175         +YORK HOSPITAL,   1001 SOUTH GEORGE STREET,    YORK, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:42
                  PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5299159         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:42     CAPITAL ONE,
                  ATTN: BANKRUPTCY,    PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5299160          E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     DISCOVER FINANCIAL,
                  ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 15316,    WILMINGTON, DE 19850
5301198          E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5299157          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 15 2020 19:43:46     INTERNAL REVENUE SERVICE,
                  CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5319769          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2020 19:48:09    LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5299165          E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M&T BANK,    1 FOUNTAIN PLAZA,
                  FLOOR 4,   BUFFALO, NY 14203
5299164          E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M&T BANK,    1100 WEHRLE DRIVE,
                  BUFFALO, NY 14221
5299163          E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M&T BANK,    ONE FOUNTAIN PLAZA,
                  BUFFALO, NY 14203
5299166          E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M&T BANK,    PO BOX 767,
                  BUFFALO, NY 14240
5321416          E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M&T Bank,    PO Box 840,
                  Buffalo, NY 14240
5299169          E-mail/Text: ml-ebn@missionlane.com Jun 15 2020 19:43:35     MISSION LANE/TAB BANK,
                  PO BOX 105286,   ATLANTA, GA 30304
5316326          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:42
                  Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541
5299172         +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:33     SYNCHRONY BANK/QVC,
                  ATTN: BANKRUPTCY DEPT,    PO BOX 965060,   ORLANDO, FL 32896-5060
5299462         +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:33     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5299173          E-mail/Text: bknotice@upgrade.com Jun 15 2020 19:43:38     UPGRADE, INC.,    275 BATTERY STREET,
                  23RD FLOOR,   SAN FRANCISCO, CA 94111
5301472          E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 15 2020 19:48:03
                  U.S. Department of Housing and Urban Development,    The Wanamaker Building,
                  100 Penn Square East, 11th Floor,    Philadelphia, PA 19107-3380
5299158         +E-mail/Text: kcm@yatb.com Jun 15 2020 19:43:42     YORK ADAMS TAX BUREAU,    PO BOX 15627,
                  YORK, PA 17405-0156
                                                                                              TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5299153*        +ROBIN MAE GARRETT,    101 FAME AVENUE,   HANOVER, PA 17331-1536
5299174*        +YORK ADAMS TAX BUREAU*,    PO BOX 15627,   YORK, PA 17405-0156
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

        Brent   Diefenderfer    on behalf of Debtor 1 Robin Mae Garrett bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com

        James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com

        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robin Mae Garrett,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−00459−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: July 22, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 15, 2020 |

ntcnfhrg (03/18)