# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Robin Mae Garrett** | Debtor(s) | **CHAPTER 13** |
| **M&T Bank** | Movant | |
| vs. | | **NO.** 20-00459 HWV |
| **Robin Mae Garrett** | Respondent(s) | |
| **Charles J. DeHart, III Esq.** | Trustee | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by M&T Bank, it is **Ordered** and **Decreed** that confirmation is **denied**.