UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin Mae Garrett<br>**Debtor(s)**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Robin Mae Garrett<br>**Respondent(s)** | CHAPTER 13<br>BK. NO. 20-00459 HWV |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 26, 2020**.

Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Brent Diefenderfer
CGA Law Firm
135 North George Street
York, PA 17401

Robin Mae Garrett
101 Fame Avenue
Hanover, PA 17331

Date: June 26, 2020

By: **/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
Attorney for Movant/Applicant