UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ROBIN M GARRETT | CASE NO: 20-00459 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | Judge: Henry W. Van Eck |
| | Hearing Location: Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor) Third & Walnut Streets, Harrisburg, PA 17101 |
| | Hearing Date: August 26, 2020 |
| | Hearing Time: 9:30 am |
| | Response Date: August 19, 2020 |

On 7/10/2020, I did cause a copy of the following documents, described below,

1st Amended Chapter 13 Plan with funding analysis

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/10/2020

/s/ Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire  93685
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBIN M GARRETT | CASE NO: 20-00459 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | Judge: Henry W. Van Eck |
| | Hearing Location: Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor) Third & Walnut Streets, Harrisburg, PA 17101 |
| | Hearing Date: August 26, 2020 |
| | Hearing Time: 9:30 am |

On 7/10/2020, a copy of the following documents, described below,

1st Amended Chapter 13 Plan with funding analysis

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/10/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent C. Diefenderfer, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-20-BK-00459-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI JUL 10 12-17-27 EDT 2020

~~EXCLUDE~~
~~BRENT C DIEFENDERFER~~
~~CGA LAW FIRM~~
~~135 NORTH GEORGE STREET~~
~~YORK PA 17401-1132~~

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

~~EXCLUDE~~
~~CHARLES J DEHART III TRUSTEE~~
~~8125 ADAMS DRIVE SUITE A~~
~~HUMMELSTOWN PA 17036-8625~~

BRENT DIEFENDERFER
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK PA 17401-1132

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DEBTOR
ROBIN MAE GARRETT
101 FAME AVENUE
HANOVER PA 17331-1536

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

KML LAW GROUP PC
BNY MELLON INDEPENDENCE CTR
701 MARKET ST STE 5000
PHILADELPHIA PA 19106-1541

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MT BANK
PO BOX 790408
SAINT LOUIS MO 63179-0408

MARINER FINANCE LLC
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MEADOWBROOK AUTO SALES
875 ABBOTTSTOWN PIKE
HANOVER PA 17331-8206

MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

PA DEPARTMENT OF REVENUE
PO BOX 281061
HARRISBURG PA 17128-1061

PENN CREDIT
ATTN BANKRUPTCY
PO BOX 988
HARRISBURG PA 17108-0988

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SECRETARY OF TREASURY
15TH PENN AVENUE NW
WASHINGTON DC 20220-0001

STERN AND EISENBERG LLP
1581 MAIN ST
200
WARRINGTON PA 18976-3403

SYNCHRONY BANKQVC
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

US DEPARTMENT OF HOUSING URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
THE WANNAMAKER BUILDING
100 PENN SQUARE EAST--11TH FLOOR
PHILADELPHIA PA 19107-3325

UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-2322

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

YORK ADAMS TAX BUREAU
PO BOX 15627
YORK PA 17405-0156

YORK HOSPITAL
1001 SOUTH GEORGE STREET
YORK PA 17403-3645