B. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

August 28, 2020

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Garrett, Robin M.**
**1:20-bk-00459**

Dear Sirs:

Please change the address for the Debtor:

Old Address:

Robin Mae Garrett
101 Fame Avenue
Hanover, PA 17331

**New Address:**

**Robin Mae Garrett**
**35 Daniel Lane**
**New Oxford, PA 17350**


Thank you.

Sincerely,

/s/ Brent Diefenderfer

Brent Diefenderfer

BCD/klb

{01819732/1}