IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Robin Mae Garrett | : | Chapter 13 |
| | : | |
|    Debtor | : | Case No. 1-20-BK-00459 |
| | : | |

ORDER GRANTING MOTION TO SUSPEND
CHAPTER 13 PLAN PAYMENTS

UPON CONSIDERATION AND REVIEW of the Motion filed by the Debtor, and it appearing that the Debtor is in need of a suspension of a the Chapter 13 Plan payments, it is hereby:

ORDERED that the Debtor is authorized to suspend their Chapter 13 Plan payment for two months, specifically for the months of August and September 2024, with these two months being paid over the life of the Plan, beginning in October 2024.