In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 20-00459-HWV

Robin Mae Garrett　　　　　　　　　　　　　　　　　　　　Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　　　　　　User: AutoDocke　　　　　　　　Page 1 of 3

Date Rcvd: Sep 12, 2024　　　　　　Form ID: pdf010　　　　　　　　Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5299154 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5299162 | + | M&T BANK, P.O. BOX 790408, SAINT LOUIS, MO 63179-0408 |
| 5299168 | | MEADOWBROOK AUTO SALES, 875 ABBOTTSTOWN PIKE, HANOVER, PA 17331-8206 |
| 5299153 | + | ROBIN MAE GARRETT, 35 Daniel Lane, New Oxford, PA 17350-8472 |
| 5299175 | + | YORK HOSPITAL, 1001 SOUTH GEORGE STREET, YORK, PA 17403-3645 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5299159 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 18:51:06 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5299160 | | Email/Text: mrdiscen@discover.com | Sep 12 2024 18:40:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 5301198 | | Email/Text: mrdiscen@discover.com | Sep 12 2024 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5299157 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2024 18:41:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5299161 | ^ | MEBN | Sep 12 2024 18:40:17 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5319769 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 18:50:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5299163 | | Email/Text: camanagement@mtb.com | Sep 12 2024 18:41:00 | M&T BANK, ONE FOUNTAIN PLAZA, BUFFALO, NY 14203 |
| 5299166 | | Email/Text: camanagement@mtb.com | Sep 12 2024 18:41:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| 5321416 | | Email/Text: camanagement@mtb.com | Sep 12 2024 18:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5299165 | | Email/Text: camanagement@mtb.com | Sep 12 2024 18:41:00 | M&T BANK, 1 FOUNTAIN PLAZA, FLOOR 4, BUFFALO, NY 14203 |
| 5299164 | | Email/Text: camanagement@mtb.com | Sep 12 2024 18:41:00 | M&T BANK, 1100 WEHRLE DRIVE, BUFFALO, NY 14221 |
| 5299167 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 12 2024 18:41:00 | MARINER FINANCE, LLC, ATTN: BANKRUPTCY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5299169 | | Email/Text: ml-ebn@missionlane.com | Sep 12 2024 18:40:00 | MISSION LANE/TAB BANK, PO BOX 105286, ATLANTA, GA 30304 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5299156 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 18:41:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5299170 | | Email/Text: bankruptcies@penncredit.com | Sep 12 2024 18:41:00 | PENN CREDIT, ATTN: BANKRUPTCY, PO BOX 988, HARRISBURG, PA 17108 |
| 5316326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 18:50:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5299155 | + | Email/Text: karen.brown@treasury.gov | Sep 12 2024 18:41:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5299171 | ^ | MEBN | Sep 12 2024 18:40:32 | STERN AND EISENBERG LLP, 1581 MAIN ST., #200, WARRINGTON, PA 18976-3403 |
| 5299172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2024 18:51:09 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5299462 | ^ | MEBN | Sep 12 2024 18:42:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299173 | | Email/Text: bknotice@upgrade.com | Sep 12 2024 18:40:00 | UPGRADE, INC., 275 BATTERY STREET, 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5301472 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 12 2024 18:50:55 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5299158 | + | Email/Text: kcm@yatb.com | Sep 12 2024 18:41:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5299174 | *+ | YORK ADAMS TAX BUREAU*, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Robin Mae Garrett bdiefenderfer@cgalaw.com |

| | |
|---|---|
| | jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Robin Mae Garrett : Chapter 13
     :
    Debtor : Case No. 1:20-bk-00459
     :

## ORDER

Upon consideration of the Motion to Suspend Plan Payments filed by the Debtor, Doc. 48, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED** and the Debtor is authorized to suspend their Chapter 13 Plan payment for two months, specifically for the months of August and September 2024, with these two months being paid over the life of the Plan, beginning in October 2024.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 12, 2024