Certificate Number: 13858-PAM-DE-039169160

Bankruptcy Case Number: 20-00459



13858-PAM-DE-039169160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 18, 2024, at 1:49 o'clock PM EST, Robin Mae Garrett completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 18, 2024          By:     /s/Shauna B. Curtsinger

                                   Name:   Shauna B. Curtsinger

                                   Title:  Counselor