In re:  Case No. 20-00459-HWV

Robin Mae Garrett  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Feb 26, 2025     Form ID: fnldecnd     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Mae Garrett, 35 Daniel Lane, New Oxford, PA 17350-8472 |
| 5299154 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5299162 | + | M&T BANK, P.O. BOX 790408, SAINT LOUIS, MO 63179-0408 |
| 5299168 | | MEADOWBROOK AUTO SALES, 875 ABBOTTSTOWN PIKE, HANOVER, PA 17331-8206 |
| 5299155 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5299175 | + | YORK HOSPITAL, 1001 SOUTH GEORGE STREET, YORK, PA 17403-3645 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 18:44:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299159 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 18:44:21 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5299160 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 18:40:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 5301198 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5299157 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 18:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5299161 | ^ | MEBN | Feb 26 2025 18:34:52 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5319769 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 18:44:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5299165 | | Email/Text: camanagement@mtb.com | Feb 26 2025 18:40:00 | M&T BANK, 1 FOUNTAIN PLAZA, FLOOR 4, BUFFALO, NY 14203 |
| 5299164 | | Email/Text: camanagement@mtb.com | Feb 26 2025 18:40:00 | M&T BANK, 1100 WEHRLE DRIVE, BUFFALO, NY 14221 |
| 5299163 | | Email/Text: camanagement@mtb.com | Feb 26 2025 18:40:00 | M&T BANK, ONE FOUNTAIN PLAZA, BUFFALO, NY 14203 |
| 5299166 | | Email/Text: camanagement@mtb.com | Feb 26 2025 18:40:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| 5321416 | | Email/Text: camanagement@mtb.com | Feb 26 2025 18:40:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5299167 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 26 2025 18:40:00 | MARINER FINANCE, LLC, ATTN: |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5299169 | | Email/Text: ml-ebn@missionlane.com | Feb 26 2025 18:40:00 | MISSION LANE/TAB BANK, PO BOX 105286, ATLANTA, GA 30304 |
| 5299156 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2025 18:40:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5299170 | | Email/Text: bankruptcies@penncredit.com | Feb 26 2025 18:40:00 | PENN CREDIT, ATTN: BANKRUPTCY, PO BOX 988, HARRISBURG, PA 17108 |
| 5316326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 18:44:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5299171 | ^ | MEBN | Feb 26 2025 18:34:53 | STERN AND EISENBERG LLP, 1581 MAIN ST., #200, WARRINGTON, PA 18976-3403 |
| 5299172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 18:44:14 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5299462 | ^ | MEBN | Feb 26 2025 18:35:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299173 | | Email/Text: bknotice@upgrade.com | Feb 26 2025 18:40:00 | UPGRADE, INC., 275 BATTERY STREET, 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5301472 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 26 2025 18:43:57 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5299158 | + | Email/Text: kcm@yatb.com | Feb 26 2025 18:40:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5299153 | *+ | ROBIN MAE GARRETT, 35 Daniel Lane, New Oxford, PA 17350-8472 |
| 5299174 | *+ | YORK ADAMS TAX BUREAU*, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Robin Mae Garrett bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robin Mae Garrett,<br>**Debtor 1** | Chapter 13<br>Case No. 1:20−bk−00459−HWV |

Social Security No.:
    xxx−xx−6028

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Robin Mae Garrett** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 26, 2025

**fnldec** (01/22)